UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  CV 15-4105-JLS (PLA)                                                      Date  July 17, 2015

Title:   Wimerly Burnette, Jr. v Carolyn W. Colvin

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                         NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

Pursuant to this Court's Order of June 3, 2015, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 no later than July 6, 2015.  To date, the Proof of Service has not been filed with the Court.  Accordingly, **no later than July 24, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders.  Filing of the Proof of Service on or before July 24, 2015, shall be deemed compliance with this Order to Show Cause.


cc:     Wimerly Burnette, Jr., pro se
        AUSA - Office of the US Attorney - Civil Division


Initials of Deputy Clerk_____ch_____