UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WIMERLY BURNETTE, JR.,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | No. CV 15-4105-JLS (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the magistrate judge's report and recommendation. The Court accepts the recommendations of the magistrate judge.

  ACCORDINGLY, IT IS ORDERED:

  1. The report and recommendation is accepted.

  2. Judgment shall be entered consistent with this order.

  3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 8, 2015

                HONORABLE JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE